UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEITH L. MCCOY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. HOLGUIN, et al.,<br><br>　　　　Defendants. | CASE NO. 1:15-cv-00768-MJS (PC)<br><br>**ORDER UNSEALING CASE** |

　　　Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. On May 20, 2015, Plaintiff filed his complaint and a request to file his complaint under seal. (ECF Nos. 1, 3.) The action was opened as a sealed case. On June 1, 2015, the Court denied Plaintiff's request to file his complaint under seal. The Court advised Plaintiff that the action would be unsealed in thirty days unless Plaintiff voluntarily dismissed the action prior to that date. (ECF No. 5.)

　　　The thirty day deadline has passed. Plaintiff has not dismissed the action. Accordingly, this action is HEREBY UNSEALED for the reasons stated in the Court's June 1, 2015 order.

IT IS SO ORDERED.

Dated:　July 8, 2015　　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE