UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEITH L. MCCOY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. HOLGUIN, et al.,<br><br>　　　　Defendants. | No. 1:15-cv-00768-DAD-MJS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY DEFENDANTS' MOTION TO STAY<br><br>(Doc. Nos. 72, 77.) |

Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 302.

On June 14, 2017, defendants filed a motion to stay this action under the Pullman and Colorado River abstention doctrines pending resolution of two allegedly related state court proceedings. (Doc. No. 72). On August 21, 2017, the assigned magistrate judge issued findings and recommendations to deny defendants' motion to stay. (Doc. No. 77.) No objections have been filed, and the period for objections has now expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds

/////

1 | the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The court adopts the findings and recommendations filed on August 21, 2017 (Doc. No. 77) in full; and
2. Defendants' motion to stay (Doc. No. 72) is DENIED.

IT IS SO ORDERED.

Dated: **November 14, 2017**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE