UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEITH L. MCCOY, | Case No. 1:15-cv-00768-DAD-JDP |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR A CONTINUANCE OF THE TRIAL DATE |
| v. | |
| A. HOLGUIN, *et al.*, | ECF No. 113 |
| Defendants. | Trial continued to May 19, 2020, at 1 p.m. |

Defendants' motion to continue the trial date until after plaintiff's criminal trial, ECF No. 113, is granted. The trial date is continued until May 19, 2020, at 1:00 p.m. (Defendants requested May 18, but the court is unavailable on that date.)

The court grants this continuance reluctantly and does not anticipate further continuances. While I appreciate defendants' arguments about the benefits of delaying the civil trial until after the related criminal trial, the defendants represent that the criminal trial has already been delayed "numerous times." ECF No. 113 at 1. By the time of the new trial date, this civil case will be almost five years old. *See* ECF No. 1 (filed May 20, 2015). The civil trial cannot be held hostage to indefinite delays on the criminal side. Should the related criminal trial be postponed further, defendants are to notify the court of that delay immediately.

1

IT IS SO ORDERED.

Dated: November 5, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 205