|   |   |   |
|---|---|---|
| LAKEITH L. MCCOY, | | Case No. 1:15-cv-00768-DAD-JDP |
| | Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR A CONTINUANCE OF THE TRIAL CONERENCE AND TRIAL |
| v. | | |
| A. HOLGUIN, *et al.*, | | ECF No. 119 |
| | Defendants. | **Telephonic pre-trial conference continued to March 30, 2020, at 1:30 p.m.** |
| | | **Trial continued to May 27, 2020, at 1 p.m.** |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Defendants' motion for a continuance of the pre-trial conference and trial, ECF No. 119, is granted. The trial date is continued until May 27, 2020, at 1:00 p.m. Should the parties wish to file new pre-trial statements, they may do so by April 15, 2020. Should the related criminal trial be postponed further, defendants are to notify the court of that delay immediately.

The telephonic trial confirmation hearing is continued to March 30, 2020, at 1:30 p.m., before District Judge Dale A. Drozd. To participate telephonically, dial into the conference at 877-402-9757, using access code 6966236. Defense Counsel will notify the prison litigation coordinator who will dial into the conference for the plaintiff. Use of any feature(s) that may

have an impact upon the quality of voice transmission (such as speakerphones, headsets, etc.) are prohibited; use of a land line or hand-held cell phone is required.

IT IS SO ORDERED.

Dated: December 3, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 205.