UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEITH L. MCCOY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. HOLGUIN, C. CASILLAS, D. KING, V. MOORE, J. GONZALES, A. MARTINEZ, S. LOMAS, O. DELGADO, E. BARRON, FNU MONTANEZ, FNU MAYFIELD, FNU MORENO, C. MARTINEZ, G. ARELLANO, HOLLIS BENNETT,<br><br>　　　　Defendants. | CASE NO. 1:15-cv-00768 DAD- HBK (PC)<br><br>**AMENDED ORDER RESCHEDULING TIME OF SETTLEMENT CONFERENCE TO 2:00 P.M. ON 1/22/21 ON ZOOM; PRE-SETTLEMENT CONFERENCE REMAINS 1/15/21 AT 2:00 P.M. BY TELECONFERENCE** |

　　Magistrate Judge Helena Barch-Kuchta will hold a settlement conference on **January 22, 2021 at 2:00 p.m.** on Zoom. The court expects that the parties will proceed with the settlement conference in good faith and attempt to resolve all or part of the case. If any party believes that the settlement conference will not be productive, that party shall so inform the court as far in advance of the settlement conference as possible. Unless otherwise permitted in advance by the court, the following individuals must attend the settlement conference in person: (1) all of the attorneys who will try the case; (2) the parties, except as noted below; and (3) individuals with full authority to negotiate and settle the case, on any terms. Parties affiliated with the California Department of Corrections and Rehabilitation are excused from personal attendance if and only if they are available to confer with their counsel by

telephone *at all times during the settlement conference*.

No later than two weeks prior to the settlement conference, each party must submit to Judge Barch-Kuchta's chambers by email (address hbkorders@caed.uscourts.gov) or, in the case of incarcerated parties, by U.S. Mail (address: US District Court, P.O. Box 575, Yosemite National Park, CA 95389), a confidential settlement conference statement.  These statements should neither be filed on the docket nor served on any other party.  The statements should be marked "CONFIDENTIAL" and should state the date and time of the conference.  The statements should not be lengthy but should include:

    (1) a brief recitation of the facts;

    (2) a discussion of the strengths and weaknesses of the case;

    (3) an itemized estimate of the expected costs for further discovery, pretrial, and trial matters, in specific dollar terms;

    (4) your best estimate of the probability that plaintiff will prevail should this case proceed to trial;

    (5) your best estimate of recovery by plaintiff should this case proceed to trial and plaintiff prevail (in specific dollar terms);

    (6) a history of settlement discussions (including a listing of any current settlement offers from any party, in specific dollar terms), a candid statement of your party's current position on settlement, including **the amount that you will give/accept to settle** (in specific dollar terms), and a statement of your expectations for settlement discussions;

    (7) a list of the individuals who will be attending the settlement on the party's behalf, including names and, if appropriate, titles.

Magistrate Judge Helena Barch-Kuchta will hold a short, pre-settlement conference telephone discussion on **January 15, 2021 at 2:00 p.m.** (dial-in number: 1-888-204-5984; passcode: 4446176). Only the lead attorney from each side should participate.

IT IS SO ORDERED.

Dated:     December 30, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE