UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEITH L. MCCOY,<br><br>          Plaintiff,<br>v.<br><br>A. HOLGUIN, C. CASILLAS, D. KING, V. MOORE, J. GONZALES, A. MARTINEZ, S. LOMAS, O. DELGADO, E. BARRON, FNU MONTANEZ, FNU MAYFIELD, FNU MORENO, C. MARTINEZ, G. ARELLANO, HOLLIS BENNETT,<br><br>          Defendants. | No. 1:15-cv-768-DAD-HBK (PC)<br><br>ORDER AND WRIT OF HABEAS CORPUS AD TESTIFCANDUM FOR TELECONFERENCE ON **1/15/21 AT 2:00 P.M**.; AND FOR A ZOOM SETTLEMENT CONFERENCE ON **1/22/21 AT 2:00 P.M** |

Plaintiff Lakeith L. McCoy is proceeding *pro se* and is currently confined at the Kern Valley State Prison. This case is set for a pre-settlement conference by telephone on 1/15/2021 at 2:00 p.m. and a settlement conference by zoom on January 22, 2021 at 2:00 p.m. before the undersigned.

Because Plaintiff is a necessary and material witness for both conferences and remains confined in Kern Valley State Prison, specifically in the custody of the Warden, the Court issues a Writ of Habeas Corpus Ad Testificandum commanding the Warden of Kern Valley to produce Plaintiff for  the telephone a Zoom video conference as set forth herein.

ACCORDINGLY, IT IS **ORDERED**:

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this court, commanding the **Warden of Kern Valley State Prison** to produce inmate Lakeith McCoy for the **teleconference on 1/15/21 at 2:00 p.m**., and for the **Zoom video conference on 1/22/21 at 2:00 p.m.** until completion of the conference.

2. Defense counsel will provide the Litigation Office at Kern Valley the judges' telephone conference and Zoom video conference connection information.

3. The Kern Valley State Prison custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

4. The **Clerk of the Court** is directed to serve a copy of this order on the Litigation Coordinator at Kern Valley State Prison.

5. Any difficulties concerning the Zoom video conference shall immediately be reported to Kirstie Dunbar-Kari, Courtroom Deputy for the Hon. Helena Barch-Kuchta, United States Magistrate Judge, at kdunbar-kari@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Kern Valley State Prison:**

**WE COMMAND** you to produce the inmate named above for the telephone conference on 1/15 and Zoom video conference on 1/22, until completion of the settlement conference.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:    December 30, 2020

*/s/ Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE