UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEITH L. MCCOY,<br><br>            Plaintiff,<br><br>      v.<br><br>A. HOLGUIN, ET AL.,<br><br>            Defendants. | Case No. 1:15-CV-768-DAD-HBK (PC)<br><br>ORDER APPOINTING COUNSEL FOR THE LIMITED PURPOSE OF TRIAL AND TRIAL SETTING HEARING |

Plaintiff is a state prisoner proceeding *pro se* in this action brought under 42 U.S.C. § 1983. The court has found the appointment of counsel for plaintiff warranted for the limited purpose of trial, including the Trial Setting hearing scheduled to occur on May 17, 2021. (Doc. No. 147). Jack Duran, Jr. has been selected from the court's *pro bono* attorney panel to represent plaintiff for this limited purpose and has agreed to be appointed.

Accordingly, it is **ORDERED**:

1. Jack Duran, Jr. is appointed as plaintiff's counsel in the above entitled matter. This appointment is for the limited purpose of trial, including the Trial Setting hearing scheduled to occur on May 17, 2021.

2. Counsel's appointment will terminate once the jury returns a verdict.

3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. Counsel is advised to review General Order No. 558, Adoption of Amended Plan Governing Reimbursement of Appointed *Pro Bono* Counsel.  Notably, expenses incurred in representing plaintiff must be timely submitted, certain expenses must be approved in advance, and some expenses are not eligible for reimbursement.  Further, "in the event of settlement or other successful resolution of the case which results in a monetary award to the indigent litigant equal to or exceeding the reimbursed costs under this section, the indigent litigant through counsel shall reimburse the Fund for such out-of-pocket expenses allowed and reimbursed under this section."  *Id*., Section 3, Paragraph B.

5. The Clerk of the Court is directed to serve a copy of this order on Jack Duran, Jr., Duran Law Office, 4010 Foothills Blvd., Suite 103, Roseville, CA 95747.

IT IS SO ORDERED.

Dated:  April 22, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE