UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEITH L. MCCOY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. HOLGUIN, et al.,<br><br>　　　　Defendants. | No. 1:15-cv-00768-DAD-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 145, 146) |

Plaintiff LaKeith McCoy is proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.[1] This action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 9, 2021, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for emergency injunctive relief (Doc. No. 145) be denied. (Doc. No. 146.) The findings and recommendations were served on plaintiff and contained notice that objections were to be filed within thirty (30) days. (*Id.* at 5–6.) No objections have been filed, and the deadline to do so has now passed.

---

[1] Plaintiff was also proceeding *pro se* at the time his motion for emergency injunctive relief was filed. On March 29, 2021, plaintiff filed a motion for the appointment of counsel. (Doc. No. 144.) On April 22, 2021, the magistrate judge granted that motion and appointed counsel on behalf of plaintiff for the limited purpose of trial and the May 17, 2021 trial setting hearing. (Doc. No. 148.)

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a de novo review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on April 9, 2021 (Doc. No. 146) are adopted in full; and
2. Plaintiff's motion for emergency injunctive relief (Doc. No. 145) is denied.

IT IS SO ORDERED.

Dated: **May 17, 2021**

_____
UNITED STATES DISTRICT JUDGE