UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEITH L. MCCOY,<br><br>    Plaintiff,<br><br>    v.<br><br>A. HOLGUIN, C. CASILLAS, D. KING, V. MOORE, J. GONZALES, A. MARTINEZ, S. LOMAS, O. DELGADO, E. BARRON, FNU MONTANEZ; FNY MAYFIELD, FNU MORENO, C. MARTINEZ, G. ARELLANO, HOLLIS BENNET,,<br><br>    Defendants. | Case No. 1:15-cv-00768-DAD-HBK (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO REDACT PREVIOUSLY FILED DOCUMENT<br><br>ORDER DIRECTING CLERK TO REDACT, RESTRICT ACCESS, OR OTHERWISE SEAL DOC. 34-3, PAGE 74<br><br>(Doc. No. 179) |

    Pending before the Court is Defendants' motion to redact previously-filed document and supporting memorandum of points and authorities, filed on February 9, 2022. (Doc. Nos. 179, 179-1). The Court grants the motion.

    Defendants note that when they filed an opposition to Plaintiff's discovery motion on August 26, 2016, they inadvertently filed discovery related documents that contained personal identifying information for Plaintiff, including a social security number and his date of birth in a probable cause declaration. (Doc. No. 179-1 at 1-2). Defendants note that Federal Rule of Civil Procedure 5.2 directs parties not to file documents containing social security numbers and full birthdates. (*Id.*). Because Defendants inadvertently filed documents containing private

1 information for Plaintiff, Defendants request the Court direct the Clerk to redact page 74 of

2 docket entry 34-3 so the private information is not available on the public docket.  (*Id.*at 1-2).

3     Rule 5.2 governs privacy protections for court filings.  Fed. R. Civ. P. 5.2.  Local Rule

4 140 also provides direction on private data, redactions and sealing.  *See* Local Rule 140 (E.D. Cal.

5 2022).   A document containing a social security number or birthdate should be redacted before

6 filing unless otherwise ordered by the court.  Fed. R. Civ. P. 5.2 (a); Local Rule 140(a)(i).  Local

7 140(b) permits redactions by court order.

8     As Defendants recognize, they must comply with Rule 5.2 and Local Rule 140 <u>before</u>

9 filing documents with the Court.  The Court recognizes this time was an inadvertent oversight and

10 will request the Clerk's assistance.  Plaintiff's social security number and birthdate are not

11 relevant for purposes of ruling on any matters in this case, but this private information is currently

12 available on a public docket.  Accordingly, the Court directs the Clerk to redact, seal, or

13 otherwise restrict public access to docket entry 34-3 at page 74.

14     Accordingly, it is **ORDERED**:

15     1. Defendant's motion to redact previously filed private information (Doc. No. 179) is

16 GRANTED.

17     2. The Clerk of Court shall redact, seal, or otherwise restrict public access to Doc. No.

18 34-3 at page 74 containing Plaintiff's private information.

19

20 Dated:   June 28, 2022

21     HELENA M. BARCH-KUCHTA
    UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28