UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEITH L. MCCOY, <br><br> Plaintiff, <br><br> v. <br><br> A. HOLGUIN, et al., <br><br> Defendants. | No. 1:15-cv-00768-ADA-HBK (PC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT <br><br> (ECF Nos. 194, 214) |

Plaintiff LaKeith McCoy is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 2, 2023, the Magistrate Judge issued findings and recommendations, recommending that the Court deny Defendants' motion for summary judgment. (ECF No. 214.) The findings and recommendations contained notice that the parties had fourteen days within which to file objections. (*Id.* at 16.) That deadline has passed, and neither party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

///

1

Accordingly,

1. The findings and recommendations issued on August 2, 2023, (ECF No. 214), are adopted in full;

2. Defendants' motion for summary judgment, (ECF No. 194), is denied; and

3. This matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   September 12, 2023

UNITED STATES DISTRICT JUDGE