UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEITH MCCOY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. HOLGUIN, et al.,<br><br>　　　　Defendants. | Case No.  1:15-cv-00768-KES-HBK (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR CONTINUANCE OF TRIAL DATE<br><br>(Doc. No. 226)<br><br>APRIL 5, 2024 DEADLINE |

　　　　Pending before the Court is Defendants' Motion for Continuance of Trial Date filed on March 26, 2024.  (Doc. No. 226).  Defendants advise the Court that they are unable to comply with the July 16, 2024 trial date scheduled in this case due to lead counsel for Defendants having a trial scheduled to start on July 15, 2024.  (*Id*. at 1).  Defendants are not presently able to propose an alternate trial date because they need additional time to consult with the numerous Defendants, witnesses, and experts, and Plaintiff on their respective schedules.  (*Id*. at 2).  Defendants request until April 5, 2024 to advise the Court of an alternative proposed trial date.

　　　　Accordingly, it is **ORDERED**:

　　　　1. Defendants' Motion for Continuance (Doc. No. 226) is GRANTED.

　　　　2. No later than April 5, 2024, Defendants shall file with the Court proposed alternative trial dates between August 6, 2024 and September 17, 2024.  Counsel is reminded that trials commence on a Tuesday.

1

3. After receiving Defendants' proposed alternative trial dates, the Court will set this case for a new trial date.

Dated: March 28, 2024

*Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE