UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEITH L. MCCOY,<br><br>        Plaintiff,<br><br>    v.<br><br>A. HOLGUIN, et al.,<br><br>        Defendants. | Case No. 1:15-cv-00768-KES-HBK (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE COMPLETE PRETRIAL STATEMENT<br><br>(Doc. No. 243)<br><br>DECEMBER 10, 2024 DEADLINE |

On November 27, 2024, Plaintiff filed his Final Pretrial Statement. (Doc. No. 243). In the pretrial statement, Plaintiff refers to a "Preliminary Good Faith, Non-Binding Exhibit List . . . attached hereto as Appendix A" and a "Preliminary Good Faith, Non-Binding Discovery Documents . . . attached hereto as Appendix B" however no appendices are attached to the pretrial statement. Under Local Rule 281(b), only exhibits listed in the pretrial statement will be permitted to be offered at trial, unless the court otherwise specifies. L.R. 281(b)(11) (E.D. Cal. 2023). Additionally, the Final Pretrial Statement is not signed. (Doc. No. 243 at 18).

Rule 11 requires all pleadings, written motions, and other papers be signed by at least one attorney of record or by a party personally if the party is unrepresented. Fed. R. Civ. P. 11(a); *see also* E.D. Ca. Local Rule 131(b). "The Court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." Fed. R. Civ. P. 11(b). In light of Plaintiff's pro se status, the Court will afford Plaintiff an opportunity to refile a

signed final pretrial statement containing the missing appendices.  To the extent Plaintiff wishes to admit any exhibits at trial, he must file a complete pretrial statement containing an exhibit list, along with any other missing appendices, **no later than December 10, 2024**.

Accordingly, it is **ORDERED**:

1. **No later than December 10, 2024**, Plaintiff shall file a signed and complete pretrial statement containing all appropriate appendices.
2. If Plaintiff fails to comply with this order, as a sanction the Court may bar Plaintiff from introducing at trial any exhibits not identified in his pretrial statement, pursuant to Local Rule 281(b)(11).

Dated:     December 3, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2