UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEITH L. MCCOY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. HOLGUIN, et al.,<br><br>　　　　　Defendants. | Case No.  1:15-cv-00768-KES-HBK (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO ISSUE SUBPOENA |

Plaintiff Lakeith McCoy ("Plaintiff") is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. **This matter is set for trial on February 25, 2025 at 8:30 a.m. before the Honorable Kirk E. Sherriff, Courtroom 6, Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California 93721.**

Plaintiff has submitted the required $380.90 in witness fees via money order made payable to the witness **Steven Yaplee,[1]** who is therefore being commanded to appear at trial on February 25, 2025 at 8:30 a.m. pursuant to Federal Rule of Civil Procedure 45(c)(1)B); *see also Dooley v. Nevada Gold Mines*, LLC, 2022 WL 867265, at *3 (D. Nev. Mar. 23, 2022) (noting that "federal courts can compel a witness to testify" if the conditions of Fed. R. Civ. P. 45(c)(1)(B) are

---

[1] Pursuant to the Court's November 22, 2024 Order, Plaintiff submitted these fees to the Court. (*See* Doc. No. 240 at 5 ¶ 3). The Court will retain possession of the fees and provide them to the witness on the date of trial.

1

met).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to Plaintiff:

    a. One completed and issued subpoena to be served on:
       **Dr. Steven Yaplee**
       **Triangle Eye Institute**
       **9700 Brimhall Rd.**
       **Bakersfield, CA 93312**

    b. Two (2) copies of this order, one to accompany the subpoena, plus an extra copy for the Plaintiff.

2. The Court notes that Plaintiff has submitted a money order for Dr. Yaplee's witness fees in the amount of $380.90.  ***The Clerk of Court shall retain the money order in its possession until trial.  The money will be delivered to the witness at trial.***

3. Within **fourteen (14) days** from the date of service of this order, Plaintiff is directed to serve the subpoena in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

4. Within **five (5) days** after personal service is completed, Plaintiff shall file the return the Proof of Service Form with the Court.

5. If Plaintiff fails to serve the witness in compliance with Rule 45 of the Federal Rules of Civil Procedure or otherwise comply with this order, Plaintiff's witness may be excluded from testifying at trial.

Dated:     December 20, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE