UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEITH L. MCCOY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. HOLGUIN, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00768-KES-HBK (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO ISSUE SUBPOENAS |

　　　　Plaintiff Lakeith McCoy ("Plaintiff") is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. **This matter is set for trial on February 25, 2025 at 8:30 a.m. before the Honorable Kirk E. Sherriff, Courtroom 6, Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California 93721.**

　　　　Plaintiff has submitted the required witness fees via three money orders of $443.88 each, made payable to witnesses **J. Gutierrez** (Former Correctional Officer), **J. Gutierrez** (Former Associate Warden), and **L. Cardenas** (Former Lieutenant),[1] who are therefore being commanded to appear at trial on February 25, 2025 at 8:30 a.m. pursuant to Federal Rule of Civil Procedure

---

[1] Pursuant to the Court's November 22, 2024 Order, Plaintiff submitted these fees to the Court. (*See* Doc. No. 240 at 5 ¶ 3). The Court will retain possession of the fees and provide them to the witnesses on the date of trial.

1

45(c)(1)B); *see also Dooley v. Nevada Gold Mines*, LLC, 2022 WL 867265, at *3 (D. Nev. Mar. 23, 2022) (noting that "federal courts can compel a witness to testify" if the conditions of Fed. R. Civ. P. 45(c)(1)(B) are met).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to Plaintiff:

   a. Completed and issued subpoena for each of the following witnesses:

   **J. Gutierrez** (Former Correctional Officer)
   **California Correctional Institution**
   **24900 Highway 202**
   **Tehachapi, CA 93561**

   **J. Gutierrez** (Former Associate Warden)
   **California Correctional Institution**
   **24900 Highway 202**
   **Tehachapi, CA 93561**

   **L. Cardenas** (Former Lieutenant)
   **California Correctional Institution**
   **24900 Highway 202**
   **Tehachapi, CA 93561**

   b. Four (4) copies of this order, one to accompany each subpoena, plus an extra copy for the Plaintiff.

2. The Court notes that Plaintiff has submitted money orders for witness fees in the amount of $443.88 for each of the three above-referenced witnesses. ***The Clerk of Court shall retain the money orders until trial. The money orders will be delivered to the witness the first day of trial.***

3. Within **fourteen (14) days** from the date of service of this order, Plaintiff is directed to serve the subpoenas in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

4. Within **five (5) days** after personal service is completed, Plaintiff shall file the Proof of Service Form with the Court.

/////

2

5.  If Plaintiff fails to serve the witness in compliance with Rule 45 of the Federal Rules of Civil Procedure or otherwise comply with this order, Plaintiff's witness may be excluded from testifying at trial.

Dated:   December 20, 2024

_____
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE