ROB BONTA, State Bar No. 202668
Attorney General of California
JOANNA B. HOOD, State Bar No. 264078
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6008
  Fax: (916) 324-5205
  E-mail: Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants*
*Delgado, C. Martinez, Arellano, Moore, Mayfield,*
*Montanez, Bennett, Barron, Gonzales, A. Martinez,*
*Holguin, Moreno, Casillas, Lomas, and King*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAKEITH LEROY McCOY,**<br><br>Plaintiff,<br><br>v.<br><br>**A. HOLGUIN, et al.,**<br><br>Defendants. | 1:15-cv-00768-KES-HBK<br><br>**JOINT STIPULATION AND ORDER REGARDING TESTIMONY OR MENTION OF OFFERS TO COMPROMISE**<br><br>Action Filed: May 20, 2015<br><br>Trial Date: February 25, 2025 |

On December 30, 2024, the parties met and conferred regarding potential motions in limine. The parties were not able to agree on all matters, but the parties did agree that they would not elicit any testimony, or mention in front of the jury, any offers to compromise or statements made during settlement negotiations. Federal Rule of Evidence 408 provides that evidence of offers to compromise and conduct or statements made during settlement negotiations are inadmissible to prove liability or the amount of a claim, or to impeach a prior inconsistent statement.

1

The parties therefore stipulate and agree as follows:

At trial in this matter, the parties shall not offer or elicit any testimony or mention in front of the jury any offers to compromise or statements made during settlement negotiations.

Dated: January 8, 2025                              Respectfully submitted,


                                                    LAKEITH MCCOY
                                                    Plaintiff


Dated: January 8, 2025                              Respectfully submitted,

                                                    ROB BONTA
                                                    Attorney General of California
                                                    JOANNA B. HOOD
                                                    Supervising Deputy Attorney General


                                                    */s/ Jeremy Duggan*
                                                    JEREMY DUGGAN
                                                    Deputy Attorney General
                                                    *Attorneys for Defendants*
                                                    *Delgado, C. Martinez, Arellano, Moore,*
                                                    *Mayfield, Montanez, Bennett, Barron,*
                                                    *Gonzales, A. Martinez, Holguin, Moreno,*
                                                    *Casillas, Lomas, and King*


## ORDER

Pursuant to the parties' stipulation, at trial in this matter, the parties shall not offer or elicit any testimony as to, or mention in front of the jury, any offers to compromise or statements made during settlement negotiations.

IT IS SO ORDERED.

   Dated:   January 13, 2025                        _____
                                                    UNITED STATES DISTRICT JUDGE