UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LAKEITH L. MCCOY,

           Plaintiff,

    v.

A. HOLGUIN, et al.,

           Defendants.

No.   1:15-cv-00768-KES-HBK (PC)

NOTICE AND ORDER THAT **INMATE WITNESS JOSHUA HOWARD, CDCR # T- 47638,** IS NO LONGER NEEDED IN THESE PROCEEDINGS AND DISCHARGING THE WRIT OF HABEUS CORPUS AD TESTIFICANDUM

The jury trial in this matter commenced on February 25, 2025, and **witness Joshua Howard, CDCR #T-47638,** has testified and is no longer needed by the court in these proceedings.  Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

    IT IS SO ORDERED.

Dated:   2/25/2025

                               KIRK E. SHERRIFF
                   UNITED STATES DISTRICT JUDGE

1