UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEITH MCCOY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. HOLGUIN et al ,<br><br>　　　　　Defendants. | Case No.  1:15-cv-00768-KES-HBK<br><br>ORDER DENYING PLAINTIFF'S APPLICATION FOR ELECTRONIC FILING PERMISSION WITHOUT PREJUDICE<br><br>(Doc. No. 327) |

Plaintiff Lakeith McCoy is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's application for access to access to the Court's electronic case filing system.  (Doc. No. 327).

The Court utilizes a case management electronic case filing system (CM/ECF), which requires attorneys to adhere to electronic procedures set forth in the Court's Local Rules to file documents electronically.  L.R. 133(a).  Pro se parties are specifically exempted, and indeed prohibited, from utilizing electronic filing unless granted permission from the assigned Judge or Magistrate Judge.  L.R. 133(b)(2); L.R. 183(c).  Any request from an exempted party to utilize electronic filing "shall be submitted as stipulations as provided in L.R. 143."  L.R. 133(b)(3).  If a stipulation cannot be obtained, the moving party must include in the request "an explanation of the reasons for the exception."  *Id*.

Here, the parties have not filed a joint stipulation permitting pro se Plaintiff's to use

electronic filing. While Plaintiff completed the application form and checked each of the six boxes on the application for electronic filing permission form, indicating he has "access to the technical requirements necessary to e-file successfully" he does not explain whether he requested a stipulation from Defendants and was denied the same nor included a motion that sets forth an explanation of the reasons for the exception. L.R. 133(b)(2). The Court therefore finds that it is inappropriate in this matter to deviate from the Local Rule that "[a]ny person appearing pro se may not utilize electronic filing." L.R. 133(b)(2). Thus, pro se Plaintiff must file documents conventionally. L.R. 183(c).

Accordingly, it is **ORDERED**:

Plaintiff's application for access to the Court's electronic case filing system (Doc. No. 327) is DENIED without prejudice subject to obtaining a stipulation or renewal upon a showing of sufficient reason to justify deviating from Local Rule 133(b)(2).

Dated:    April 22, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2