UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEITH L. MCCOY, | Case No. 1:15-cv-00768-KES-HBK |
| Plaintiff, | ORDER |
| v. | |
| A. HOLGUIN, et al., | |
| Defendants. | |

This matter is set for trial on September 23, 2025. Based on the parties' agreement and for good cause shown, the Court permits plaintiff's witnesses Dr. Steven Yaplee and J. Jones to testify remotely at trial via Zoom. *See* Fed. R. Civ. P. 43(a) ("For good cause in compelling circumstances and with appropriate safeguards, the court may permit testimony in open court by contemporaneous transmission from a different location."); *see also* Doc. 343. A party must ensure that each witness testifying remotely has on hand copies of any trial exhibits the party intends to address with the witness. The Court's videoconference system will not allow the exhibit to be shown remotely to the witness during testimony.

///

///

///

///

The estimated cost for each of plaintiff's witnesses is indicated below:

| Name[1] | Location[2] | Daily Witness Fee | Per Diem[3] | Transportation[4] | Total |
|---|---|---|---|---|---|
| Dr. Steven Yaplee | N/A | $40.00 | N/A | N/A | $40.00 |
| R. Wilson | Tehachapi, CA | $40.00 | $193.50 | $219.80 | $453.30 |
| J. Jones | N/A | $40.00 | N/A | N/A | $40.00 |
| L. Cardenas | Tehachapi, CA | $40.00 | $193.50 | $219.80 | $453.30 |

Counsel for defendants have agreed to accept service on behalf of witnesses R. Wilson, J. Jones, and L. Cardenas. *See* Doc. 343. For those witnesses, plaintiff will need to provide to defendants' counsel money orders in the amounts listed above, along with the trial subpoenas.

IT IS SO ORDERED.

Dated:   September 18, 2025

UNITED STATES DISTRICT JUDGE

---

[1] In his pretrial statement, plaintiff also listed J. Gutierrez, former Associate Warden, as a witness. Doc. 342 at 28. However, as J. Gutierrez's location has not been identified, it was not possible to estimate total witness fees for J. Gutierrez.

[2] The Court takes judicial notice of the fact that California Correctional Institution is approximately 157 miles from the U.S. District Courthouse in Fresno. Federal Rule of Evidence 201 permits a court to take judicial notice of facts that are "not subject to reasonable dispute" because they are either "generally known within the trial court's territorial jurisdiction," or they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b); *see Nat'l Agr. Chemicals Ass'n. v. Rominger*, 500 F. Supp. 465, 472 (E.D. Cal. 1980). The Court may take judicial notice on its own or at the request of any party. Fed. R. Evid. 201(c).

[3] Includes standard daily lodging rate of $129.00 for Fresno, CA plus first/last day meals and incidentals of $64.50. The total for meals and incidentals for each subsequent day is $86.00. U.S. General Services Administration, Per Diem Rates, https://www.gsa.gov/travel/plan-book/per-diem-rates (last visited Sept. 18, 2025). A per diem rate is not included for Dr. Yaplee and J. Jones as they will be testifying remotely.

[4] Travel costs are based on round-trip mileage at the current reimbursement rate. 28 U.S.C. § 1821. As of January 1, 2025, the mileage reimbursement rate for a privately owned vehicle is $0.70 per mile. U.S. General Services Administration, Privately Owned Vehicle (POV) Mileage Reimbursement Rates, https://www.gsa.gov/travel/plan-book/transportation-airfare-pov-etc/privately-owned-vehicle-mileage-rates (last visited Sept. 18, 2025). There are no transportation costs for Dr. Yaplee and J. Jones as they will be testifying remotely.