**FILED**

**JUDGMENT ENTERED**

<u>October 2, 2025</u>
**Date**
by: <u>Victoria Gonzales</u>
**Deputy Clerk**
**U.S. District Court**
**Eastern District of California**

\_\_**XX**\_\_\_   FILE CLOSED

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

LAKEITH L. MCCOY,

    Plaintiff,

vs.

A. HOLGUIN ET. AL.,

    Defendants.

_____

**JUDGMENT IN A CIVIL ACTION**

1:15-CV-00768-KES-HBK

    DECISION BY THE COURT: This action came before the Court. The issues have been tried, heard or decided by the judge.

    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried, and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that:

*JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS, IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/26/2018 AND THE JURY VERDICTS RENDERED ON 3/7/2025 AND 9/26/2025.*

DATED: 10/2/2025

                                                  KEITH HOLLAND, Clerk

                                                /S/ Victoria Gonzales
                              By:       Deputy Clerk